NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INVUE SECURITY PRODUCTS INC.,**
*Appellant*

**v.**

**MOBILE TECH, INC.,**
*Cross-Appellant*

---

2018-1889, 2018-1898

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-00895.

---

## JUDGMENT

---

JOHN W. HARBIN, Meunier Carlin & Curfman, LLC, Atlanta, GA, argued for appellant. Also represented by GREGORY JOSEPH CARLIN, DAVID S. MORELAND, WARREN JAMES THOMAS.

ALAN NORMAN, Thompson Coburn LLP, St. Louis, MO, argued for cross-appellant. Also represented by ANTHONY F. BLUM, MATTHEW A. BRAUNEL, DAVID B. JINKINS.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, WALLACH, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| March 8, 2019 | /s/ Peter R. Marksteiner |
|:---:|:---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |